# EXHIBIT 1

# EXHIBIT 1

# Jeff Makinen

President/Founder - StatFox at Daily Racing Form

Greater Milwaukee Area

|  |  |
|---|---|
| **Current** | • President/Founder - StatFox at Daily Racing Form<br>• Information Technology Consultant at Independent Consultant (Self-employed) |
| **Past** | • Web Developer at Marketing Images<br>• Network Administrator at Shoreland, Inc.<br>• Unix Systems Administrator/Programmer at Krones AG |
| **Education** | • University of Wisconsin-Milwaukee |
| **Connections** | 7 connections |
| **Industry** | Sports |
| **Websites** | • My Company |

---

# Jeff Makinen's Experience

## President/Founder - StatFox
### Daily Racing Form
(Privately Held; Publishing industry)

June 2000 — Present (10 years)

* Founded Internet Sports Gaming Statistics company, which was acquired by the Daily Racing Form in 2006.
* Developed proprietary web and database statistical solutions which served as the foundation for the company's products and services.
* Involved in all aspects of the business operation including technology, sales, budgeting, and customer support.

## Information Technology Consultant
### Independent Consultant (Self-employed)
(Self-Employed; Information Technology and Services industry)

September 1999 — Present (10 years 9 months)

* Developed custom contact management databases for clients in the mortgage industry.
* Configured, installed, and managed servers and networks for small business clients, both remote and on-site.
* Built registration database for organizational seminar.
* Created web applications for third party clients.

## Web Developer
### Marketing Images
(Privately Held; Marketing and Advertising industry)

October 1999 — May 2000 (8 months)

* Created custom web applications for 3rd party clients.
* Developed back-end databases in support of web applications.

## Network Administrator
### Shoreland, Inc.
(Publishing industry)

February 1997 — September 1999 (2 years 8 months)

* Administered TCP/IP network, consisting of Unix and Windows NT servers with Windows clients.
* Designed company Intranet and provided development in support of web sites.
* Involved in project team responsible for development of a web integrated Windows software product.
* Developed both customer database and computer assets database.
* Provided e-mail and phone based technical support for corporate software customers.
* Monitored web site statistics logging, server performance and secure user access control.

### Unix Systems Administrator/Programmer
**Krones AG**

(Public Company; Machinery industry)

September 1992 — February 1997 (4 years 6 months)

* Administered Sun UNIX network. Involved in all aspects of LAN and WAN connectivity.
* Implemented policies for backup, security, and disaster recovery.
* Provided programming support to enhance manufacturing and engineering process.
* Conducted in-house computer training classes for CAD users.

# Jeff Makinen's Education

**University of Wisconsin-Milwaukee**

Bachelor of Science , Computer Science, Computer Related Mathematics , 1987 — 1992

# Additional Information

**Jeff Makinen's Websites:**

  My Company

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



Powered by Clickability

Feb. 01, 2010
Copyright © Las Vegas Review-Journal

## MATT YOUMANS: Super Bowl bettors put faith, cash in Colts' corner

Throw out the two games the Indianapolis Colts tanked, a self-sabotage scenario which threatened the integrity of the NFL, and Peyton Manning is 16-0 as a starting quarterback this season.

Manning has won every game the Colts didn't try to lose. In reality, he has a perfect record.

The New Orleans Saints played their best football before December, and they dropped two games in which quarterback Drew Brees played all four quarters.

The Super Bowl is always the most overanalyzed event in sports. On the surface, this one favors the Colts. Dig deeper into the details, and it still favors the Colts. Professional gambler Steve Fezzik cast a sharp eye on both teams and came to a conclusion.

"I like the Colts in the game," Fezzik said. "One team is fat, drunk and happy to be in the Super Bowl."

The happy-to-be-here team would be the Saints. This game, Fezzik said, is about Manning, Dallas Clark, Reggie Wayne and the Colts "cementing their legacy" among the elite.

Already considered one of the all-time great quarterbacks, Manning knows he needs to take that next step. With two Super Bowl wins on his resume, Manning would leap into the class of untouchables.

There is a sense this is the Colts' year, and the bettors are backing up that opinion. Indianapolis is a 5 1/2-point favorite over New Orleans in Sunday's game at Miami. The line opened 3 1/2, and it's 6 at a few sports books today.

Las Vegas books are seeing about a 3-to-1 ratio of betting tickets on the Colts, and industry insiders are forecasting more point-spread inflation.

"I really think we're going to see a line that reaches 7 before the game. I didn't think that 48 hours ago, but I do now," Jimmy Vaccaro, director of operations for Lucky's sports books, said Sunday night. "I think this game is going to close 6 or higher."

One way to bet this Super Bowl is to take both sides, playing Indianapolis on the money line, which means laying minus-210 ($210 to win $100) on the Colts to win straight up, and playing New Orleans plus the points at the highest number.

"What I'm hoping is the money line (on Indianapolis) will drop," Fezzik said. "Even though I like the Colts, if I can get the Saints plus-7 and lay minus-120, I certainly would fire on the Saints."

Using that strategy, there is a wide window to win both wagers if the final score falls in the middle.

With the books taking a high volume of Colts money at point spreads of 31/2, 4, 41/2, 5 and 51/2 -- and Saints money coming back at plus-6, 61/2 and possibly 7 -- the books will be exposed and fearing worst-case scenarios.

"I don't want too many dangerous numbers," Vaccaro said. "We're leaving too many wide-open numbers for a side and a middle here. The worst thing for the books would be a 23-17 Colts final.

"You never say it's a one-way attack in a game like this because nobody can see that far into the future. But I think you'll see an unconventional Super Bowl."

The bottom line: If you like the Colts to win, bet them straight up on the money line. If you prefer the Saints, wait for the line to creep a little higher and take the points. Or bet it both ways.

According to reliable sources, the most respected sports bettor in Las Vegas bet $200,000 to win $100,000 on the Colts at a Strip property last week.

New Orleans has an opportunistic defense and a quarterback in Brees who is capable of outgunning Manning. Indianapolis' top pass rusher, Dwight Freeney, is hobbled and his status is questionable. It can be argued the Saints' Sean Payton is the sharper of the two coaches.

A decent case can be made for the underdog.

But the Saints beat only one playoff team on the road, and that was Philadelphia in Week 2, when Donovan McNabb was out. The Saints also lost a home game to lowly Tampa Bay on Dec. 27, and needed a series of breaks to beat Minnesota in the NFC Championship Game.

"I like the Colts because when I break down the road games, the Saints played a very soft road schedule, and they really got lucky in many ways," Fezzik said. "What is particularly troubling to me is they lost that game to Tampa Bay. And we all saw the Vikings outplay them."

Fezzik has a wealth of advice on how to wager on the propositions, including, "Don't bet the needle-in-the-haystack props."

That means shy away from bets such as the player to score the first touchdown. Clark, the Colts' tight end, and top wideout Wayne are each offered at 7-1 odds.

I would rather bet on Brees to pass for more yards in the second half (minus-140) than the first half.

Indianapolis' strategy to rest Manning, Clark, Wayne and other starters -- resulting in late-season losses to the New York Jets and Buffalo -- did not backfire. It just happened to work because the Colts got to face the AFC's lowest-seeded teams, Baltimore and the Jets, in the postseason.

"The fact the Colts were able to tank against the Jets and get to play the Jets again in the playoffs, that was very fortuitous," Fezzik said.

Manning did not want to tank those two games. But he should get what he needs -- a second Super Bowl victory -- and the majority of bettors are banking on it.

Contact sports betting columnist Matt Youmans at myoumans@reviewjournal.com or 702-387-2907.

**Find this article at:**
http://www.lvrj.com/sports/super-bowl-xliv---bettors-put-faith-cash-in-colts-corner-83230507.html

▣ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

Welcome: Login to StatFox | Register | Login to FoxSheets

The Leading Logic in Sports Handicapping

TIRED OF LOSING? GO 3-0 TODAY NO HYPE

FREE BASEBALL PICKS

HOME | FOX DEN FORUM | SCOREBOARD | ODDS TRACKER | STORE | SITE CONTENT | CONTESTS
FOXSHEETS | NFL | NCAA Football | AFL | NBA | NCAA Basketball | MLB | NHL | OTHERS

# SUPER BOWL XLIV - BETTORS PUT FAITH, CASH IN COLTS' CORNER

**By:** Staff Writer - StatFox
**Published:** 2/1/2010 at 8:45:00 AM

EMAIL THIS STORY | RSS

Feb. 01, 2010
Copyright © Las Vegas Review-Journal

MATT YOUMANS: SUPER BOWL XLIV - BETTORS PUT FAITH, CASH IN COLTS' CORNER

Bettors put faith, cash in Colts' corner

Throw out the two games the Indianapolis Colts tanked, a self-sabotage scenario which threatened the integrity of the NFL, and Peyton Manning is 16-0 as a starting quarterback this season.

Manning has won every game the Colts didn't try to lose. In reality, he has a perfect record.

The New Orleans Saints played their best football before December, and they dropped two games in which quarterback Drew Brees played all four quarters.

The Super Bowl is always the most overanalyzed event in sports. On the surface, this one favors the Colts. Dig deeper into the details, and it still favors the Colts. Professional gambler Steve Fezzik cast a sharp eye on both teams and came to a conclusion.

"I like the Colts in the game," Fezzik said. "One team is fat, drunk and happy to be in the Super Bowl."

The happy-to-be-here team would be the Saints. This game, Fezzik said, is about Manning, Dallas Clark, Reggie Wayne and the Colts "cementing their legacy" among the elite.

Already considered one of the all-time great quarterbacks, Manning knows he needs to take that next step. With two Super Bowl wins on his resume, Manning would leap into the class of untouchables.

There is a sense this is the Colts' year, and the bettors are backing up that opinion. Indianapolis is a 5 1/2-point favorite over New Orleans in Sunday's game at Miami. The line opened 3 1/2, and it's 6 at a few sports books today.

Las Vegas books are seeing about a 3-to-1 ratio of betting tickets on the Colts, and industry insiders are forecasting more point-spread inflation.

"I really think we're going to see a line that reaches 7 before the game. I didn't think that 48 hours ago, but I do now," Jimmy Vaccaro, director of operations for Lucky's sports books, said Sunday night. "I think this game is going to close 6 or higher."

One way to bet this Super Bowl is to take both sides, playing Indianapolis on the money line, which means laying minus-210 ($210 to win $100) on the Colts to win straight up, and playing New Orleans plus the points at the highest number.

"What I'm hoping is the money line (on Indianapolis) will drop," Fezzik said. "Even though I like the Colts, if I can get the Saints plus-7 and lay minus-120, I certainly would fire on the Saints."

Using that strategy, there is a wide window to win both wagers if the final score falls in the middle.




SPONSOR PROMOTIONS
SBR: Over 750 Rated Sportsbooks
Tired of Losing? Get a Free 30 day trial.
8 Free Picks & Analysis from Sports Advisors
Top Consensus Picks ThePlatinumSheet.com

KELSO'S 25-UNIT NBA SITUATION POWER PLAY
AN OUTSTANDING PLAY ON TONIGHT'S SCHEDULE GRADES OUT WITH 90% CHANCE TO COVER! RIGHT SPOT - RIGHT SITUATION - BIG MONEY!

FoxSheets.com
The FoxSheets - the most advanced sports handicapping information available on the internet.

E-TICKER NEWSLETTER
Sign up for professional sports betting information including fantastic trends, and Free FoxSheets.
E-mail: [            ] SUBMIT

TOP POSTS FOX DEN FORUM
BIG BAD BI: Monday Plays
dodgerfan: 4/12 mlb
sportspeni: Monday plays
sportgeniu: I need some help
Showstoppa: For Ronnie or whomever is a Service

With the books taking a high volume of Colts money at point spreads of 31/2, 4, 41/2, 5 and 51/2 -- and Saints money coming back at plus-6, 61/2 and possibly 7 -- the books will be exposed and fearing worst-case scenarios.

"I don't want too many dangerous numbers," Vaccaro said. "We're leaving too many wide-open numbers for a side and a middle here. The worst thing for the books would be a 23-17 Colts final.

"You never say it's a one-way attack in a game like this because nobody can see that far into the future. But I think you'll see an unconventional Super Bowl."

The bottom line: If you like the Colts to win, bet them straight up on the money line. If you prefer the Saints, wait for the line to creep a little higher and take the points. Or bet it both ways.

According to reliable sources, the most respected sports bettor in Las Vegas bet $200,000 to win $100,000 on the Colts at a Strip property last week.

New Orleans has an opportunistic defense and a quarterback in Brees who is capable of outgunning Manning. Indianapolis' top pass rusher, Dwight Freeney, is hobbled and his status is questionable. It can be argued the Saints' Sean Payton is the sharper of the two coaches.

A decent case can be made for the underdog.

But the Saints beat only one playoff team on the road, and that was Philadelphia in Week 2, when Donovan McNabb was out. The Saints also lost a home game to lowly Tampa Bay on Dec. 27, and needed a series of breaks to beat Minnesota in the NFC Championship Game.

"I like the Colts because when I break down the road games, the Saints played a very soft road schedule, and they really got lucky in many ways," Fezzik said. "What is particularly troubling to me is they lost that game to Tampa Bay. And we all saw the Vikings outplay them."

Fezzik has a wealth of advice on how to wager on the propositions, including, "Don't bet the needle-in-the-haystack props."

That means shy away from bets such as the player to score the first touchdown. Clark, the Colts' tight end, and top wideout Wayne are each offered at 7-1 odds.

I would rather bet on Brees to pass for more yards in the second half (minus-140) than the first half.

Indianapolis' strategy to rest Manning, Clark, Wayne and other starters -- resulting in late-season losses to the New York Jets and Buffalo -- did not backfire. It just happened to work because the Colts got to face the AFC's lowest-seeded teams, Baltimore and the Jets, in the postseason.

"The fact the Colts were able to tank against the Jets and get to play the Jets again in the playoffs, that was very fortuitous," Fezzik said.

Manning did not want to tank those two games. But he should get what he needs -- a second Super Bowl victory -- and the majority of bettors are banking on it.



# EXHIBIT 4

# EXHIBIT 4

Welcome: Login to StatFox | Register | Login to FoxSheets

The Leading Logic in Sports Handicapping

HOME | FOX DEN FORUM | SCOREBOARD | ODDS TRACKER | STORE | SITE CONTENT | CONTESTS
FOXSHEETS | NFL | NCAA Football | AFL | NBA | NCAA Basketball | MLB | NHL | OTHERS

## Underdog bettors profit as Manning takes fall

**By:** Staff Writer - StatFox
**Published:** 2/8/2010 at 9:07:00 AM

EMAIL THIS STORY    RSS

Feb. 08, 2010
Copyright © Las Vegas Review-Journal

**MATT YOUMANS: Underdog bettors profit as Manning takes fall**

Instead of seeing more magic from Peyton Manning, we watched as the Super Bowl took a surprising twist. It was a fall from grace for the NFL's favorite quarterback.

It was the rise of Drew Brees, and the return of the New Orleans Saints who took the field in September, October and November.

The Saints recovered an onside kick, they scored on an interception return and they leaned on a mistake-free Brees to upset the Indianapolis Colts 31-17 on Sunday in Miami. The Saints gambled and won, while Manning lost his air of Superman invincibility.

The bettors who sided with the Colts, myself included, expected Manning to make the difference -- and he did, by throwing the pick that clinched it for the underdog.

The Saints proved to be the best team, and I think they were the best team all year," M Resort sports book director Mike Colbert said. "But I think people got on the Peyton Manning bandwagon. He is great. He's one of the best, if not the best ever. People kind of had him on a pedestal and said, 'There's no way he's going to lose in the Super Bowl.'

"But to me, he's never been the best big-game player, and he was bad in the fourth quarter."

Results were mixed at Las Vegas sports books. Despite an early wagering rush on Indianapolis, driving the opening line from 3 1/2 to as high as 6, most of the late money showed on the Saints. The line closed at 4 and 4 1/2.

A high volume of money-line bets on New Orleans to win straight up at about plus-180 (wager $100 to win $180) cut into the books' profits.

"I think it's probably going to be a small winner (for the state) when it's all said and done," Las Vegas Hilton sports book director Jay Kornegay said. "We're probably going to end up on the losing end, as a small loser. We had a lot of play on the Saints."

The largest wager reported was a $2 million money-line play on Indianapolis, and it looked good when the Colts went up 10-0 in the first quarter. Spot 10 points to Manning and you would expect to be cashing.

But not this time.

Driving to try to tie the game with just over three minutes remaining, Manning was intercepted by Tracy Porter, who raced 74 yards to paydirt for the Saints and their bettors.

Brees, who completed 32 of 39 passes for 288 yards and two touchdowns, was named Most Valuable Player. And Sean Payton was the better coach. But it was Brees who outdueled the league's top gun.

"Brees was phenomenal," Colbert said. "He looked a little nervous early and he had the jitters, but he shook it off."





Kornegay said the Hilton, unlike the MGM Mirage and M Resort, never got any big money-line play on the Colts. Colbert said he held the line at 41/2, because he wanted wagers on the favorite.

"We needed the Saints. We liked the Saints. We never moved off the number," Colbert said. "Obviously, we could have been wrong. But we thought the Saints were live, and they ended up being live."

By most estimates, the Nevada wagering handle will exceed last year's $81.5 million but fall short of the record $94.5 million in 2006.

"I would say our handle is going to be up about 3 percent. It finished real strong," MGM Mirage sports book director Jay Rood said. "I can't complain. I would gauge it a success."

Colbert was the most optimistic, saying the M Resort raked in "just under" $10 million in Super Bowl bets in its first year. "Our handle was insane," he said.

Proposition wagering accounts for about 50 percent of the Hilton's handle, a higher percentage than any other book. One prop that hurt the books, paying off about plus-500, was on a successful two-point conversion. Brees passed for one.

"Sometimes we get the benefit from the props and sometimes we don't, and this game was not a good one for us," Kornegay said. "The game threatened to go into overtime for a bit, and that would have been a disaster."

Some of the special point-spread props -- Saints minus-31/2 at plus-270, Saints minus-71/2 at plus-475 and Saints minus-101/2 at plus-750 -- also paid dividends for astute bettors.

"That was a major loser for us," said Jimmy Vaccaro, director of operations for Lucky's sports books. "But I think we'll post a win. It was small either way, win or lose. We obviously got money on the Saints. The money line was very bad."

As for Manning, "This kid, they are going to absolutely barbecue him," Vaccaro said.

Manning was far from magical. Brees and the Saints, posted at about 20-1 odds to win the Super Bowl in August, played the underdog role perfectly.



StatFox Sports Handicapping | Advertising Information | Site Map | FoxSheets.com | StatFeed.com | StatFox Privacy
Contact StatFox | Sports Handicapping Forum | Sports Betting Links
©2000+ StatFox.com. All rights reserved. All content on this site is provided for entertainment purposes only.

# EXHIBIT 5

# EXHIBIT 5

```
Type of Work:         Text

Registration Number / Date:
                      TX0007138064 / 2010-04-27

Application Title: Super Bowl bettors put faith, cash in Colts' corner.

Title:                Super Bowl bettors put faith, cash in Colts' corner.

Description:          Print Material.

Copyright Claimant:
                      Righthaven LLC, Transfer: By written agreement.

Date of Creation:     2010

Date of Publication:
                      2010-02-01

Nation of First Publication:
                      United States

Authorship on Application:
                      Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                      Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:       C.O. correspondence.

Names:                Stephens Media LLC
                      Righthaven LLC

==========================================================================
```